# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1115

_____

| | | |
|---|---|---|
| Christopher Lee Prosser, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Ross, C.O.I.; Michael Groose, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: February 5, 1999

Filed: March 3, 1999

_____

Before RICHARD S. ARNOLD, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Christopher Prosser appeals from the district court's[1] denial of his motion to reconsider the court's earlier order awarding costs to defendants, after summary judgment had been entered against Prosser in his 42 U.S.C. § 1983 action. After carefully reviewing the record, we conclude that the district court did not abuse its discretion in denying Prosser's motion. See Wilson v. Runyon, 981 F.2d 987, 989

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

(8th Cir. 1992) (per curiam) (standard of review).  Accordingly, the judgment is affirmed.  <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.